(104 So. 923)

Amos MOLTON v. STATE. (6 Div. 613.) (Court of Appeals of Alabama. May 12, 1925.) Appeal from Circuit Court, Walker County; Ernest Lacy, Judge. Murder, second degree.

BRICKEN, P. J. Appeal dismissed.

(103 So. 926)

MONROE COUNTY GROWERS' EXCHANGE v. R. A. HARPER. (1 Div. 557.) (Court of Appeals of Alabama. Jan. 20, 1925.) Appeal from Circuit Court, Monroe County; John D. Leigh, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(104 So. 923)

Annanias MOORE v. STATE. (8 Div. 296.) (Court of Appeals of Alabama. May 15, 1925.) Appeal from Circuit Court, Madison County; Jas. E. Horton, Jr., Judge. Forgery.

BRICKEN, P. J. Appeal dismissed, appellant being a fugitive from justice.

(100 So. 926)

Monicue MORRIS v. STATE. (6 Div. 439.) (Court of Appeals of Alabama. May 13, 1924.) Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge. False personation.

SAMFORD, J. Appeal dismissed.

(102 So. 924)

Warren MORRIS v. STATE. (6 Div. 562.) (Court of Appeals of Alabama. Dec. 16, 1924.) Appeal from Circuit Court, Jefferson County; Walter B. Jones, Judge. Trespass after warning.

FOSTER, J. There is no bill of exceptions, and no error in the record. Affirmed.

(102 So. 924)

Adolph MOTLEY v. STATE. (6 Div. 494.) (Court of Appeals of Alabama. Dec. 16, 1924.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge. Adolph Motley was convicted of manslaughter in the first degree, and he appeals. Affirmed.

William H. Brantley, Jr., of Birmingham, for appellant.

Counsel argues for error in the refusal of charges requested by defendant, but in view of the decision it is not necessary to set out the brief here.

Harwell G. Davis, Atty. Gen., Jim Davis, Sol., and Willard Drake, Asst. Sol., both of Birmingham, for the State.

Where there is no bill of exceptions, there can be no review of the refusal of charges requested by appellant. Mack v. State, 201 Ala. 269, 77 So. 683.

FOSTER, J. The appeal is upon the record, without bill of exceptions. In the absence of a bill of exceptions, the requested written charges refused to the defendant cannot be reviewed. Mack v. State, 201 Ala. 269, 77 So. 683; Paitry v. State, 196 Ala. 598, 72 So.

36; Richey v. State, 16 Ala. App. 187, 76 So. 471; Franklin v. State, 16 Ala. App. 192, 76 So. 476. We find no error in the record. The judgment of conviction is affirmed. Affirmed.

(103 So. 926)

Jerome MUNROE v. STATE. (7 Div. 34.) (Court of Appeals of Alabama. Feb. 17, 1925.) Appeal from Circuit Court, Etowah County; O. A. Steele, Judge. Violating prohibition law.

SAMFORD, J. There is no bill of exceptions, and, no error appearing on the record, the judgment is affirmed. Affirmed.

(101 So. 924)

Brooks MURRAY v. STATE. (1 Div. 600.) (Court of Appeals of Alabama. Nov. 18, 1924.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Violating prohibition law.

SAMFORD, J. Affirmed.

(102 So. 924)

Wiley J. NELSON v. STATE. (7 Div. 10.) (Court of Appeals of Alabama. Jan. 20, 1925.) Appeal from Circuit Court, Shelby County; E. S. Lyman, Judge. Carrying concealed weapon.

SAMFORD, J. Appeal dismissed.

(102 So. 924)

Wiley J. NELSON v. STATE. (7 Div. 11.) (Court of Appeals of Alabama. Jan. 20, 1925.) Appeal from Circuit Court, Shelby County; E. S. Lyman, Judge. Malicious injury to property.

RICE, J. Appeal dismissed.

(104 So. 923)

Vanuel NELSON v. STATE. (4 Div. 963.) (Court of Appeals of Alabama. April 21, 1925.) Appeal from Circuit Court, Coffee County; W. L. Parks, Judge. Violating prohibition law.

RICE, J. Appeal dismissed.

(102 So. 924)

NOLEN MOTOR CO. v. Ruth S. STEED. (7 Div. 13.) (Court of Appeals of Alabama. Jan. 20, 1925.) Appeal from Circuit Court, Clay County; E. S. Lyman, Judge.

RICE, J. Appeal dismissed.

(101 So. 924)

Mose, alias Ike, NUGENT v. STATE. (8 Div. 128.) (Court of Appeals of Alabama. Sept. 2, 1924.) Appeal from Circuit Court, Lauderdale County; Chas. P. Almon, Judge. Mose, alias Ike, Nugent was convicted of violating the prohibition law, and he appeals. Reversed and remanded.

Simpson & Simpson, of Florence, for appellant.

It is not shown that the article was an apparatus, etc., used for the purpose of manufacturing liquors. Hanson v. State, 19 Ala. App. 249, 96 South. 656; Gamble v. State, 19